Dated: April 7, 2006

*IT IS SO ORDERED*
*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney

GODDARD LLP
   Bradley A. Patterson, Esq. (Cal. State Bar No. 155482)
18101 Von Karman Ave., Suite 330
Irvine CA  92612-0146
Telephone:   (949) 253-0500
Facsimile:   (949) 253-0505
E-Mail:   bapatterson@ftml.net

Attorneys for Plaintiff Harry T. O'Hagin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY T. O'HAGIN, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>O'HAGIN'S INC., a California corporation; CAROLINA STOLLENWERK, formerly known as CAROLINA S. O'HAGIN, an individual; DAVID MUTTER, an individual; O'HAGIN'S TOOL AND DIE INTERNATIONAL, INC., a California corporation; and DELAMATER TECHNOLOGIES, LLC, a California limited liability company,<br><br>              Defendants. | Case No.  3:06-cv-02027-MMC<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[FRCivP Rule 41(a)(1)] |

    The jurisdiction of this Court over this action was based on diversity.  Plaintiff subsequently determined that complete diversity between the parties does not exist.  As a result, Plaintiff requests that the Court dismiss this action without prejudice.  None of the defendants have yet appeared in this action.

DATED:  April 7, 2006        GODDARD LLP


By  /s/ Bradley A. Patterson
    Bradley A. Patterson
Attorneys for Plaintiff Harry T. O'Hagin